**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-2329**

_____

LEOPOLD O. V. ENWONWU,

　　　　　Plaintiff - Appellant,

　　　v.

BRANCH BANKING & TRUST COMPANY; HOUSE OF RAEFORD FARMS,
INCORPORATED, d/b/a House of Raeford Columbia Farms; ALLAN
RISINGER; ERIC LILES,

　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.　Cameron McGowan Currie, District
Judge.　(3:10-cv-00858-CMC)

_____

Submitted: May 31, 2011　　　　　　Decided: June 7, 2011

_____

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Leopold O. V. Enwonwu, Appellant Pro Se.　Rachel Gottlieb Peavy,
ROBINSON, MCFADDEN & MOORE, P.C., Columbia, South Carolina;
John S. Simmons, SIMMONS LAW FIRM, L.L.C., Columbia, South
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leopold O. V. Enwonwu appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. §§ 1981, 1983, and 1985 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Enwonwu v. Branch Banking & Trust Co., No. 3:10-cv-00858-CMC (D.S.C. Nov. 10, 2010). We deny the motion for summary reversal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED